UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE CO., <br><br>*Plaintiff*, <br><br>vs. <br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC. and CLEAN HARBORS, INC., <br><br>*Defendant and Third-Party Plaintiff*, <br><br>vs. <br><br>NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA., <br><br>*Third Party Defendant.* | CIVIL ACTION NO. <br><br>2 10 MC 04 |

## NOTICE OF PENDING DISCOVERY ACTION

National Union Fire Insurance Company of Pittsburgh, PA ("National Union") is a Third-Party Defendant in a matter styled *Pacific Employers Insurance Co. v. Clean Harbors Environmental Services, Inc., et al*, currently pending in the U.S. District Court for the Northern District of Illinois, Eastern Division, and bearing Cause No. 08-cv-2180. In connection with that proceeding, National Union issued a Notice of Deposition by Subpoena (*see* Exhibit A) for the deposition of Ron Casaday to take place in Dyer, Indiana on January 29, 2010. The deposition was properly noticed and a subpoena

issued by counsel for National Union pursuant to FED. R. CIV. P. 45(a)(3) (*see* Exhibit A).

Before Mr. Casady's deposition could proceed, Judge John W. Darrah of the U.S. District Court for the Northern District of Illinois, Eastern Division, issued an order staying the deposition pending further order of that Court. (*see* Exhibit B). One provision of the Order requires National Union to notify this Court of the existence of the stay of deposition order. (*see* Exhibit B). Accordingly, National Union has filed this matter as a miscellaneous proceeding to comply with Judge Darrah's Order and to provide a mechanism for enforcement of the subpoena, if necessary, once the stay order is lifted. National Union anticipates filing a notice that the stay order has been lifted in due course.

1/26/10
Date

Respectfully submitted:

Sonia C. Das, #22326-53
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202-3199
Telephone:  (317) 237-0500
Facsimile:   (317) 630-2790
E-Mail: sdas@lewiswagner.com
Attorneys for National Union Fire Insurance Company of Pittsburgh, PA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Pending Discovery Action has been served on all known counsel of record via First Class, United States Mail, on this, the 26th day of January, 2010.

| | |
|---|---|
| Matthew T. Walsh<br>COZEN O'CONNOR<br>222 South Riverside Plaza<br>Suite 1500<br>Chicago, IL 60606<br>(312) 382-3100<br>mwalsh@cozen.com<br><br>*Counsel for Pacific Employers Insurance Co.* | John Francis Kennedy<br>SHEFSKY & FROELICH<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601<br>(312)527-4000<br>jkennedy@shefskylaw.com<br><br>*Counsel for Clean Harbors Environmental Services, Inc.* |
| Daniel Saeedi<br>SHEFSKY & FROELICH<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601<br>(312)527-4000<br>dsaeedi@shefskylaw.com<br><br>*Counsel for Clean Harbors Environmental Services, Inc.; Clean Harbors, Inc.* | Cary E. Donham<br>SHEFSKY & FROELICH<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601<br>(312)527-4000<br>cdonham@shefskylaw.com<br><br>*Counsel for Clean Harbors Environmental Services, Inc.; Clean Harbors, Inc.* |
| Kathleen A. Johnson<br>CLAUSEN MILLER, P.C.<br>10 South LaSalle Street<br>Chicago, IL 60603<br>(312) 855-1010<br>kjohnson@clausen.com<br><br>*Counsel for National Union* | |

Sonia C. Das